Melaia Ostling #294361
Re: Melaia Ostling v. Pam Richard, et al.
Civil case #3:01CV-1900 RNC.

Oct 5/03

Dear Judge

Your Honor, I am forwarding to you a prose motion for a bond hearing, and documents to support my request.

I had begged my Public Defender Gary Weinberger to file this motion, but he repeatedly stated that the government have denied it, yet we never turn in any bond work papers.

I am desperate your Honor. My children needs me home, I need them. I know that I will never give up fighting to be with them, and I am again humbly begging for the court's mercy. I had committed a crime and I took full responsibility and did the time. I am forever remorseful and ashamed of my wrong doing. I never in anyway to this very minute did harm to my children. They are the very essence of my life.

Your honor I am enclosing list of names of DOC staff that I had work for here in my 24 months here. They will say that I had faithfully work to maintain my energy on all that is productive. I am not any risk to society

2

I am asking the court to please carefully review my case and letters that support my character.

I need to be home with my children to care and love them. We had hung on all the way with hope to be a family. I will take myself back to prison in Michigan to be detain there if a bond is denied.

In here my family can only visit 3 times a week and for only 2 hours each time. They travel 14 hours just to visit and the facility does not see this as a family hardship.

Please your Honor, allow me to go home and care for my children while fighting my INS case. I have no desire but to be a Mom to my children is my only life. Please save my children from suffering by keeping us apart. I beg of your mercy and to give me a chance to prove to U.S that despite my mistake, I am a good human being and I fell very short. I had spend this time to create some thing productive.

3

Your Honor, again I am greatful for your time in considering my request.

Thank you for your time and my utmost respect for your decision.

Sincerely,

[signature]

Proof of Service

Melania Ostling, says that on _____ she served a copy of the attached Petition for Bond Hearing to the court. United States District Judge 450 Main Street Hartford CT 06103. and my Public Defender. Gary Weinberger, Federal Defender District of Connecticut 10 Columbus Blvd Fl 6 Hartford, CT 06106-1976. by placing said documents in a properly addressed envelope, by depositing the same in the receptacle for the United States Mail.

Respectfully submitted

*[signature]*
Melania Ostling

These are staff that I have worked and still work under their supervision. I have request for work & character review, I will forward them to your court.

Captain Hartling
Captain Hurlbert
Captain Taber
Counselor Bruun
Counselor Garuder.
C TO Ms. Fisher
C TO Ms. Lasey
C TO Mr. Bransford.
C/O Ms. Rushford
C/O Ms. Kelley
C/O Ms. Montgomery
C/O Mr. Adams
C/O Ms. Telgarsky
C/O Mr. Fish
C/O Mr. Ward
C/O Mr. C. Ward
C/O Ms. Wagner
C/O Ms. Young
C/O Ms. Chiskeo
C/O Ms. Bollenberg
C/O Mr. Rieman
C/O Mr. Mish

C/O Mr. Gelloid
C/O Ms. Gelloid
C/O Ms. Colluet
C/O Ms. Miano
C/O Mr. Brannan
C/O Mr. Perez
C/O Ms. Cook
C/O Ms. Perry
C/O Mr. Anderson
C/O Mr. Pekin
C/O Mr. Jongo
C/O Mr. Gedney
C/O Mr. Begun
C/O Ms. Mateo
C/O Ms. Hillew
C/O Ms. Lynn
C/O Ms. Lily
C/O Mr. Magee
C/O Mr. Brown
C/O Ms. Brenz
C/O Ms. Chamber
C/O Ms. Whitehouse
C/O Ms. Espanosa
C/O Mr. Wells
C/O Ms. Barney
C/O Mr. James

Medical Staff

Dr. Sarosi
Dr. Heller
Dr. Felnella

* Nurses:

| | |
|---|---|
| Jan Donnan | Cindy |
| June | Pam |
| Sue Sullivan | Karen |
| Debbie | Linda |
| Dan Nelson | Jane (head nurse) |
| Monica Chapman | Sue (head nurse) |
| Beth | Tania |
| Hanna | |
| Velvet | |
| Lola | |
| Valrie | |
| Larry | |

* Social Worker.

Jill
Dave

Your Honor, I want to enclose my letter with the list of these people that I work for here at the institution.

I hope that the court will consider contacting these people to determine your decision of deciding if I am a risk to the society. My whole being is reform from inside out. I am being punish & sadly my family is also.

Please allow me to go home and try to mend my family. We need each other to live and I will turn myself back to prison when and if I lose to be deported. Your honor, my only desire in this life, to be a mom to my most precious children nothing more & nothing less. I beg of your mercy to hear my children's voices and mine. Allow us to be a family.

Sincerely

# BOND WORKSHEET

**Basic Information**

Name: _Melania Ostling_ A#: _____ Age: _39_

Where were you born? _Tonga Island_
Do you have legal permission to live in any other country?   Yes _X_   No ____
If so, what country? _Tonga, & U.S_

Were either of your parents born in the U.S.?   Yes ____   No _X_
Were either of your grandparents born in the U.S.?   Yes ____   No _X_

How long have you been in the United States? _21 years_

What is the address where you plan to stay if you are released from custody? (Note: Do **not** list a P.O. Box)
_201 N Squirrel RD #610, Auburn Hills MI 48326_

Who lives at that address? (Note: You are not required to name people who do not have papers in the U.S.)
_Jonathan Ostling, Marka Ostling, Victor Ostling. My children and their father (my ex husband)_

**Immigration Status and Immigration History**

Did you ever apply for papers to live in or enter the U.S.?   Yes _X_   No ____   When? _1984_

If so, what kind of papers or legal status did you apply for? (For example, "I applied for legal permanent residency through my wife," or "I applied for amnesty through field work.")
_I applied for permanent residency through marriage._

What happened and when? (For example, "I got my permanent residency on February 12, 1976.").
_In 1984 I became a permanent residence._

Have you ever been in immigration court with an immigration judge before?   Yes _X_   No ____

If yes, when? _July 2001_   What happened? _I was ordered deported and I appeal to BIA... Now awaits in the federal cour_

If you ever missed a court date in immigration court, explain what happened: _Never miss a court hearing_

**Family Ties to the United States**

Are you (circle one or more): married / single / (divorced) / widowed / engaged?
If married or engaged, does your spouse or fiance(e) have legal status in the U.S.?   Yes _X_   No ____

If so, what is your spouse's status? (for example: U.S. citizen, legal permanent resident) _U.S citizen_

**Bond Worksheet (continued)**

Do you have children?   Yes _X_   No _____   If yes, how many? __3__

If your children live in the U.S., what is their legal status? _American citizen_

List all other relatives with legal status in the U.S. and say what status they have. List by relationship an legal status. (You do not need to put their names).

| Relationship (example: mother, uncle) | Legal Status |
|---|---|
| Sister | U.S citizen |
| 3 children | |
| ex husband | |
| all my children families on their fathers' side are all American citizen. Never have lived anywhere else. | |

**Other Ties to Your Community in the United States**

Do you own a house or other property in the U.S.?   Yes _____   No _X_
If yes, what do you own? _____

If you belong to or participate in any clubs, groups, organizations, or activities (for example: church, volunteering at your child's school), write about that here.

_My home church / Faith Baptist  & my children school Rochester Hills Christian school_

**Work History**

List the jobs you have had and, as best as you can remember, the dates you had them.
**Warning:** if you worked with false papers or lied on any forms to get or keep your job, you may not want to answer this question because your answer could be used against you later by the government.

\* _In 1984 I worked at Mervyns department store for christmas holidays._

\* _I was/am a full time Mom at home with my children._

**Bond Worksheet (continued)**

Is there anything you would like to say to the judge about your work history? _No_

If you have a job that you can start (or return to) if you are released, what is the job? (Note: answer this question only if you have legal permission to work in the U.S.)

### Criminal History and Rehabilitation

| Date of conviction (If you don't know, guess) | What were you convicted of? (not what you did, but what is on your record) | What sentence were you given (how much time and/or fine)? | Did you miss any court dates for this case? If so, list them all. | How much time did you serve? | Were you given probation or parole? If yes, for how long? | Did you complete or violate your probation/ parole? If you violated, did you get sentenced to more time? |
|---|---|---|---|---|---|---|
| Dec. 1999 | Wire Fraud | 20 months $400,000.00 | No | 17 months | Yes 3 years | I was brought here to be detain by INS after I served my time. Haven't been released |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Is there anything that you would like to tell the judge about any of these crimes? (For example, the circumstances of the crime; the reasons you missed a court date) (Remember: it does not help you to say that you were innocent of a crime that is yours and that is on your record because the judge must count it against you.)

Through out my criminal case, I was not considered a flight risk. I was home on non security bond. I was allowed to self surrendered myself to Prison at the Federal Correctional at Danbury CT from Michigan. I took full responsibility for my action and am very very remorseful.

**Bond Worksheet (continued)**

Have you participated in any programs or classes or done anything else to improve yourself after your crime(s)? (This includes things you did in jail or prison such as Narcotics Anonymous meetings, completing your GED, or jobs in custody.)

*Many many enrichment classes / Parenting / How to deal with difficult people / Hospice Program*

What are your plans for the future?

*I plan to be the best Mom that I can humanly be to my children.. and I plan to go back to school and further my education in writing.*

**Fear of Returning to Your Country**

If you are afraid to return to your country, explain why. If anyone hurt or threatened you or anyone in your family, explain what happened.

*I am not fear for myself... I am fear of not having my children with me. My children will be deprived of their life here with their father whom love them as much as I do. I could never provide for them and there is no life in the island for any of us. This is the only life we know. Our family*

**Anything Else You Think the Judge Should Know**

The main things that the judge has to decide are:
1) whether you are a danger to people or property, and
2) whether you will show up for all your court hearings if you are released.

If you anything more to say about these things, say it here. (For example, if you have lived many years at the address where you plan to live now, you may be more likely to show up for your hearings.) (Other things to mention: health problems of you or your family members; child support or other obligations).

*Your Honor: My children is the very essence of my life. They are the only life meaning to me. Their father is American & I have it is devastating to all of us. Though that their father and I are divorced we had faithfully put aside our differences to attend & fulfil our children's needs. Strangely since our hard time, we had grown and hope to mend all that has broken. Please help us be a family.*

**REMEMBER: AT YOUR BOND HEARING, GIVE THE JUDGE LETTERS OF SUPPORT AND ANY OTHER PAPERS YOU WANT THE JUDGE TO CONSIDER!**
Make copies for yourself and the government's lawyer.