MeLaia Ostling #294361
Re: Melaia Ostling v. Pam Richard, et al.
Civil case #3:01CV1900 RNC

Oct 5/03

Dear Judge

Your Honor, I am forwarding to you a pro se motion for a bond hearing, and documents to support my request.

I had begged my Public Defender Gary Weinberger to file this motion, but he repeatedly stated that the government have denied it, yet we never seen any bond work papers.

I am desperate your Honor. My children needs me home, I need them. I know that I will never give up fighting to be with them, and I am again humbly begging for the court

---

November 25, 2003.   MeLaia Ostling v. Pam Richards, et al.
                     3:01CV1900 (RNC)

Re:  Motion for Bond Hearing [doc. 30]

Denied without prejudice. Petitioner's submission does not address the question whether this court is authorized to (1) order that a bond hearing be held before an Immigration Judge or (2) conduct a bond hearing itself. In the absence of a showing that this court has legal authority to do one or the other, the motion for a bond hearing must be denied. In addition, because petitioner is represented by appointed counsel, any further motions should be filed and served by him. So ordered.



Robert N. Chatigny, U.S.D.J.

---

to faithfully work to insure ... my energy on all that is productive. I am not any risk to society