Bureau of Immigration Affairs        Melaia Ostling – A27-106-119
Motion to Reopen / Reconsider Final Order of Deportation

Melaia Ostling  INS # A27-106-119
York CI Inmate # 0294361
York CI
201 West Main Street
Niantic, CT  06357


BIA
Clerk's Office
5201 Leesburg Pike, Ste 1300
Falls Church, VA  22041

<u>RE: Request for Motion to Reopen / Reconsider Final Order of Deportation
for Melaia L. Ostling – A27-106-119</u>

## Introduction

NOW COME, Melaia L. Ostling before this court to present the following Motion for Reopening / Reconsidering the request that I submitted indicating my deportation would place *"exceptional and extremely unusual hardship"* on my family. I am providing this information based upon limited details that I have managed to gather and not upon requirements from the Immigration Judge (IJ) or the Bureau of Immigration Affairs (BIA) even though I have requested the requirements for writing this motion to meet this criteria. Several key items within the motion have not been completed and are in process. These are identified within the motion and will be submitted upon completion for review. This is one of the reasons why I requested additional time on my original brief.

The details within the motion support reasons for reopening/reconsider my final order of deportation and setting aside my order for deportation (or providing some other means of relief) and are presented within the following categories:

```
November 25, 2003.  MeLaia Ostling v. Pam Richards, et al.

Re:  Motion to Reopen/Reconsideration [doc. 31]

Treating this as a copy of a motion that petitioner has submitted to the court
for information purposes only, the Clerk is hereby ordered to terminate the
motion on the docket.

                              Robert N. Chatigny, U.S.D.J.
```