CT/cvmhrg (October 17, 2001)

HONORABLE _Chatigny_
DEPUTY CLERK _L. Kunofsky_ RPTR/ERO/TAPES _Lamoureux_

TOTAL TIME: _1_ hour _20_ minutes

DATE _2-3-04_    START TIME _10:35_    END TIME _10:50_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Ostling_
vs.
_Richards_

CIVIL NO. _3:01CV1900(RNC)_

_James Filan_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Gary Weinberger_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☑ (mischrg.) ~~Miscellaneous Hearing~~ _Status Conference_

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | Motion | granted | denied | advisement |
|---|---|---|---|---|
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
| #  | Motion | ☐ granted | ☐ denied | ☐ advisement |
|    | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|    | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|    | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |
|    | Oral Motion | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☑ ~~Hearing~~ continued until _2-26-04_ at _1:30_