CTmhrg (January 10, 2002)

TOTAL TIME: ___ hours  30 minutes
HONORABLE Chatigny
DEPUTY CLERK Walker
RPTR/ERO/TAPE Marshall

DATE 2/26/04    START TIME 1:35 pm    END TIME 2:05 pm
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Ostling
vs.
Richards

CIVIL NO. 3:01CV1900(RNC)

Gary Weinberger
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

James C. Fulan Jr.
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing
☑ Status Conference

MOTION DOCUMENT NO.

Stay continued 3 weeks (3/18/04) to allow pet. to present some good faith argument whereby she could identify some way of obtaining relief from removal. If not, stay will be lifted then. Gary Weinberger to remain as appt'd counsel.