# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2004 FEB 25  P 1:4

MELAIA OSTLING

vs.

PAM RICHARDS

**CASE NUMBER:** 3:01CV 1900(RNC) COURT
HARTFORD, CT.

## To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

MELAIA OSTLING

_____02/23/2004_____
**Date**

_____ct 25171_____
**Connecticut Federal Bar Number**

_____860-233-1616_____
**Telephone Number**

_____860-233-8578_____
**Fax Number**

_____
**E-mail address**

_____
**Signature**

NANCY E. MARTIN
**Print Clearly or Type Name**

664 Farmington Avenue
**Address**

Hartford, CT 06105

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

James K. Filan, Asst. U.S. Atty
915 Lafayette Blvd,
Rm #309
BRidgeport, CT 06604

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001