Melaia Ostling 294361

RECEIVED

APR 12  11 25 AM '04

ROBERT N. CHATIGNY
U.S. DIS...

Dear Judge Chatigny:

I am writing to you regarding my deportation case.

Your Honor, there is not a word will suffice to convey my sorrow of amassing my children. Imagine the joy a mother feels once she holds her child in her arms after giving birth, that joy can't be express because there is no vocabulary to describe that feeling of complete ..... Now, my pain could never be described ..... If God ask me now, what would I want now if I loose this fight, my reply would be ... I would humbly begged them to put my children back in to my womb. This would keep them from suffering. Your Honor to think that I have to choose over my freedom in Tonga without my children is not even a choice. A freedom without them is not freedom.

Inspite my poor choices I struggle each moment to be the best mom that I can humanly be to my children... I can't go back and redo what I had done, but I can learn from it and make a diff. erence. The government I can put me on a life time probation. I just need to be with my children. They need me and I need them so desperately. Our little family hung on for

four years simply because of our love, hope and faith.

I wanted to fight my removal because I need to be here with Kei Ostling and our children. We are a family and regardless Kei Ostling and I differences, both of our life are devoted to our children... My whole being is completely surrendered to them. There is absolutely nothing in this world that can compare to the love I carry each moment for my children.

Must I abandon them and live to a life that is unknown to me, or must they forsake their life and their country so we can be a family? It seems that the government would consider supporting a strong family instead of tearing them again. The law states that the court must consider all avenue of the law to avoid any unusual extreme hardship on this citizen. I am begging this court to review my case and ask the INS to do a custody review on my case.

Your Honor, my confinement has been a learning experience. Dealing with the separation is the hardest challenge here. Tonya will accept me but it is not the issue here. It's my family, my

children and their father. To think of having to choose kills me inside. I can't provide for my children in Tonga there is no life there. I can't ask the Ostlings to give all his work to move to a place that he won't be able to work and provide for our children.

Your Honor regardless the years we been apart, we struggle to maintain our hope and faith that we will be together soon. My heart crushed for I can no longer tell my children when I would be home, no date at all. Still they encourage me to be strong.

I am humbly begging this court as a mother. Please, consider the value of family, when you decide... I must say that I rather have a life sentence if I lose and the government deport me, because here in prison I can see my children every so often. To be deported to Tonga I might as well give up living... While the court review my case I am asking you to save our family. Your Honor please end this cruel confinement. I've served the time for my crime, what crime did I commit by not becoming an American citizen? What is the purpose of this continue

detention? Punishment for my crime has been paid, I had spend my time here reforming and rehabilitating my whole being so I can cope with my imprisonment.

Please your Honor, if the court feels that I am a danger to society, than I am begging to allow me to go home and prepare my family to leave. I am stunned that the INS would just send me away and not for a moment think about my family. I did wrong, I broke the law and I am remorseful and I took full responsibility for my wrong doing. Are my family being punish too?

A second chance is all I am asking. Allow us to be a family please! I will report myself everyday to a probation officer for the rest of my life, just as long as I get to be with my children. My children your Honor is the only life meaning to me. Please ask your heart what it does know and feel. I look forward to hearing from you.

Sincerely,