UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MELAIA LATU OSTLING, : | |
| : | |
| Plaintiff, : | |
| : | |
| v.   : | CASE NO. 3:01CV1900 (RNC) |
| : | |
| PAM RICHARDS, ET AL., : | |
| : | |
| Defendants. : | |

## JUDGMENT

This action was commenced by the petitioner's petition challenging her mandatory detention while she appealed a removal order to the Board of Immigration Appeals and was assigned to the Honorable Robert N. Chatigny, United States District Judge. The Court has considered the full record of the case including all applicable principles of law, and has filed its Ruling and Order Dismissing the Petition and Lifting Stay.

It is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the petition.

Dated at Hartford, Connecticut, this 15th day of April 2004

KEVIN F. ROWE, Clerk

By _____/s/RNC_____
Linda I. Kunofsky
Deputy Clerk

EOD _____