UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT 25  A 11: 11

U.S. DISTRICT COURT
HARTFORD, CT.

Melaia Latu Ostling,

        Petitioner,

v.                                                                  Civ. NO.    3:01cv1900
                                                                  HON.         Robert N. Charigny

PAM RICHARDS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government,

        Respondent.
_____/

## MOTION TO EXPEDITE

NOW COME, Melaia L. Ostling before the court to request reconsideration regarding the lifting of my Stay of Deportation. The details within the motion support reasons granting the request for a continuance of a Stay of Deportation and are as follows:

### INS Agreement

During the last hearing in front of your bench in February of this year Mr. Finn indicated that the INS would work with the Ostling family so they could travel together. To date neither my children nor Mr. Ostling have had any notification from the INS regarding my deportation.

On Tuesday, October 19, 2004 I was taken into custody for deportation. Have agreements and consideration for what has been said forgotten? I was fortunate to be sent back to York.

### Counselor Agreement

Mr. Weinberger was in agreement that he would assist in accommodating this request. Neither Mr. Ostling nor myself have had any communication from INS or Gary. It is difficult to understand why these individuals feel that what was agreed to in front of your bench is not binding.

### Request for Stay

It is for these reasons that I would like to request for a Stay of Deportation until my family can purchase tickets to travel with me. In talking with Mr. Ostling he indicated that the feel for airline tickets has risen over 100%. Each ticket now costs approximately $2,130.00 (one way) or $8,420.00 for all four tickets. Mr. Ostling indicated that it would take until May 31st, 2005 until he would have completed all necessary arrangements. The family has the necessary shots and paperwork (Passports) for travel. Mr. Ostling just requires a date and destination location so the tickets can be purchased. I would travel freely with my family and it wouldn't be necessary for INS accompaniment.

Respectfully Submitted,

*Melaia Ostling*

Melaia Ostling



**ATTACHMENT A**

# Detroit, MI (DTW) to Nuku'alofa, Tongatapu Island, Tonga (TBU)

**Start search over**

**Change your search**
Departing: (MM/DD/YY)
5/26/2005
Anytime
☐ Nonstop flights only

**Change Travelers**
3 Adults
1 Child
Change travelers

↗ - Indicates flight is operated by another airline. Move your mouse over the icon for details.

| | All Results | Air New Zealand | Northwest | Polynesian Airlines | United Airlines |
|---|---|---|---|---|---|
| non stop | | | | | |
| 1 stop | | | | | |
| 2+ stops | from $2134 see below | from $2134 | from $2134 | from $2134 | from $2224 |

**Note:** The prices shown below are e-ticket prices and include all taxes and fees. If your itinerary requires paper tickets there will be an additional charge.

## Choose a one way flight

View results by: top 8 picks

Sort by:  ⦿ Price   ○ Shortest flights   ○ Departure time   ○ Arrival time

↗ **$2,134.80** avg/person ($8,539.20 total)

| 7:00 pm Depart Detroit (DTW) | Thu 26-May |
| Arrive Nuku'alofa (TBU) 9:10 pm +2 days | Duration: 33hr 10mn |

- Northwest 331
- Air New Zealand ↗9839
- Polynesian Airlines 876
- Connect in Los Angeles (LAX), Sydney (Kingsford Smith)

→ Choose this flight

↗ **$2,134.80** avg/person ($8,539.20 total)

| 12:00 pm Depart Detroit (DTW) | Thu 26-May |
| Arrive Nuku'alofa (TBU) 9:10 pm +2 days | Duration: 40hr 10mn |

- Northwest 327
- Air New Zealand 7001
- Polynesian Airlines 876
- Connect in Los Angeles (LAX), Sydney (Kingsford Smith)
- Total stops: 3

→ Choose this flight

↗ **$2,224.55** avg/person ($8,898.20 total)

| 7:00 pm Depart Detroit (DTW) | Thu 26-May |
| Arrive Nuku'alofa (TBU) 9:10 pm +2 days | Duration: 33hr 10mn |

- Northwest 347
- Air New Zealand ↗9863
- Polynesian Airlines 876
- Connect in San Francisco (SFO), Sydney (Kingsford Smith)

→ Choose this flight

**PRICE NOTE**
For your convenience, the first price shown for each flight is the average price per passenger in a seat.



ATTACHMENT A

Complete Trips Near Your Ideal Times    Page 2 of 2

Case 8:01-cv-01900-RNC    Document 42    Filed 10/25/2004    Page 4 of 6

**QUESTIONS?**

- Can I use a credit card with a billing address outside the U.S.?
- Is it safe to buy online?
- Need help with this page?
- Other FAQs

**$2,224.55** avg/person ($8,898.20 total)

| 5:10 pm Depart Detroit (DTW) | Thu **26-May** | **Northwest** 333 |
| Arrive Nuku'alofa (TBU) **9:10 pm +2 days** | Duration: 35hr 0mn | **Air New Zealand** 7001 |
| | | **Polynesian Airlines** 876 |
| | | Connect in Los Angeles (LAX), Sydney (Kingsford Smith) |
| | | Total stops: 3 |

→ **Choose this flight**

**$2,224.55** avg/person ($8,898.20 total)

3:40 pm Depart Detroit (DTW)   Thu **26-May**   **United Airlines** 153
Arrive Nuku'alofa (TBU) **9:10 pm +2 days**   Duration: 36hr 30mn   **Air New Zealand** 9863
**Polynesian Airlines** 876
Connect in San Francisco (SFO), Sydney (Kingsford Smith)
Total stops: 3

→ **Choose this flight**

**$2,224.55** avg/person ($8,898.20 total)

3:10 pm Depart Detroit (DTW)   Thu **26-May**   **Northwest** 349
Arrive Nuku'alofa (TBU) **9:10 pm +2 days**   Duration: 37hr 0mn   **Air New Zealand** 9863
**Polynesian Airlines** 876
Connect in San Francisco (SFO), Sydney (Kingsford Smith)



→ **Choose this flight**

**$2,224.55** avg/person ($8,898.20 total)

3:10 pm Depart Detroit (DTW)   Thu **26-May**   **Northwest** 337
Arrive Nuku'alofa (TBU) **9:10 pm +2 days**   Duration: 37hr 0mn   **Air New Zealand** 7001
**Polynesian Airlines** 876
Connect in Los Angeles (LAX), Sydney (Kingsford Smith)
Total stops: 3

→ **Choose this flight**

**$2,282.30** avg/person ($9,129.20 total)

3:40 pm Depart Detroit (DTW)   Thu **26-May**   **United Airlines** 153 / 863
Arrive Nuku'alofa (TBU) **9:10 pm +2 days**   Duration: 36hr 30mn   **Polynesian Airlines** 876
Connect in San Francisco (SFO), Sydney (Kingsford Smith)
Total stops: 3

→ **Choose this flight**

about Expedia, Inc.   site map   become an affiliate   advertising   international sites   jobs   Expedia, Inc. terms of use   privacy policy
Expedia, Inc., not responsible for content on external Web sites. ©2004 Expedia, Inc. All rights reserved.

http://www.expedia.com/pub/agent.dll?tovr=2004061503&ps3u=    10/21/200

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

Melaia Latu Ostling,

        Petitioner,

v.                                          Civ. NO.   3:01cv1900
                                       HON.      Robert N. Charigny

PAM RICHARDS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government,

        Respondent.
_____/

## PROOF OF SERVICE

Melaia L. Ostling, says that on the 2nd day of February, 2002, she served a copy of the attached Motion to Expedite to Mr. John A. Danaher III, US Attorneys Office, 157 Church Street, New Haven, CT 06510 and to Pam Richards – Warden, York Correctional Institute, 201 West Main Street, Niantic, CT 06357, by placing said documents in a properly addressed envelope, by depositing the same in the receptacle for the United States Mail.

Respectfully submitted,

_/s/ Melaia Ostling_____
Melaia Ostling

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

Melaia Latu Ostling,

       Petitioner,

v.                              Civ. NO.    3:01cv1900
                                HON.       Robert N. Charigny

PAM RICHARDS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government,

       Respondent.
_____/

## PROOF OF SERVICE

Melaia L. Ostling, says that on the 2nd day of February, 2002, she served a copy of the attached Motion to Expedite to Mr. John A. Danaher III, US Attorneys Office, 157 Church Street, New Haven, CT 06510 and to Pam Richards – Warden, York Correctional Institute, 201 West Main Street, Niantic, CT 06357, by placing said documents in a properly addressed envelope, by depositing the same in the receptacle for the United States Mail.

Respectfully submitted,

_____
Melaia Ostling