UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 30 A 11: 04
U.S. DISTRICT COURT
HARTFORD, CT.

Melaia Latu Ostling,

        Petitioner,

v.                                  Civ. NO.      3:01cv1900
                                  HON.         Robert N. Charigny

LORI RICKS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government

        Respondent.
_____/

## MOTION TO REQUEST a STAY of DEPORTATION

NOW COME, Melaia L. Ostling before the court to request reconsideration regarding the lifting of my Stay of Deportation. The details within the motion support reasons granting the request for a continuance of a Stay of Deportation and are as follows:

### INS Agreement

During the last hearing in front of your bench in February of this year Mr. Filan, AUSA representing Mr. Danaher III, indicated that the INS would work with the Ostling family so they could travel together. To date neither my children nor Mr. Ostling have had any notification from the INS regarding my deportation.

On Tuesday, October 19, 2004 I was taken into custody for deportation. Have agreements and consideration for what has been said forgotten? I was fortunate to be sent back to York. I do however anticipate the INS will again be attempting to deport me and my family still hasn't been contacted. We request a date in the future so the children can complete their schooling, moving arrangements, and other items scheduled.

### Counselor Agreement

Mr. Weinberger was in agreement that he would assist in accommodating this request. Neither Mr. Ostling nor myself have had any communication from INS or Gary. It is difficult to understand why these individuals feel that what was agreed to in front of your bench is not binding.

### Request for Stay

It is for these reasons that I would like to request for a Stay of Deportation until my family can purchase tickets to travel with me. In talking with Mr. Ostling he indicated that the feel for airline tickets has risen over 100%. Each ticket now costs approximately $2,930.00 (one way) or $11,720.00 for all four tickets. Mr. Ostling indicated that it would take until May 31st, 2005 until he would have completed all necessary arrangements. The family has the necessary shots, paperwork (Passports), and other items for travel. Mr. Ostling just requires a date and destination location so the tickets can be purchased. I would travel freely with my family and it wouldn't be necessary for INS accompaniment.

Respectfully Submitted,

*[signature]*

Melia Ostling

## Select Your Flight

### Modify Your Search

Departure City: Detroit, MI
Arrival City: Tongatapu, Tonga
Departure Date / Time: Jun 18, 9:00am
Maximum Connections: 2
Total Passengers: 4

**Detroit, MI to Tongatapu, Tonga**
**Departing Sat, Jun 18**
2 Adults, 2 Children

All fares are averaged in U.S. dollars per person, including (subject to availability and routing). All times are local to each city. The following prices are for e-tickets. If your itinerary requires a paper ticket, additional fees may apply.

Results From $2930 — Northwest Airlines from $2930

| Departure | Arrival | Airline | Travel Time | Price |
|---|---|---|---|---|
| 12:00noon Detroit, MI (DTW) | 6:50am Tongatapu, Tonga (TBU) | Northwest Airlines Flight / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 37hrs 40min | Oneway Total $2930 |
| 3:10pm Detroit, MI (DTW) | 6:40pm Tongatapu, Tonga (TBU) | Northwest Airlines Flight / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 34hrs 30min | Oneway Total $2930 |
| 5:10pm Detroit, MI (DTW) | 6:40pm Tongatapu, Tonga (TBU) | Northwest Airlines Flight / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 32hrs 30min | Oneway Total $2930 |
| 7:10pm Detroit, MI (DTW) | 6:50pm Tongatapu, Tonga (TBU) | Northwest Airlines Flight / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 30hrs 40min | Oneway Total $2930 |

Oneway Total

*From Travelocity.com
Detroit, MI to Tonga Islands
Departure 6/18/2005 one way
tickets.*

## Select Your Flight

### Modify Your Search

Departure City: Detroit, MI
Arrival City: Tongatapu, Tonga
Departure Date / Time: Jun 18, 9:00am
Maximum Connections: 2
Total Passengers: 4

**Detroit, MI to Tongatapu, Tonga**
**Departing Sat, Jun 18**
**2 Adults 2 Children**

All fares are averaged in U.S. dollars per person, including taxes and fees (subject to availability and routing). All times are local to each city. The following prices are for e-tickets. If your itinerary requires a paper ticket, additional fees may apply.

Results From $2930 — $2930

| Depart | Arrive | Airline | Travel Time | Price |
|---|---|---|---|---|
| 12:00noon Detroit, MI (DTW) | 6:40p.m. Tongatapu, Tonga (TBU) | Northwest Airlines / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 37hrs 40min | Oneway Total $2930 |
| 3:10pm Detroit, MI (DTW) | 9:45pm Tongatapu, Tonga (TBU) | Northwest Airlines / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 34hrs 30min | Oneway Total $2930 |
| 5:10pm Detroit, MI (DTW) | 6:40pm Tongatapu, Tonga (TBU) | Northwest Airlines / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 32hrs 30min | Oneway Total $2930 |
| 7:10pm Detroit, MI (DTW) | 6:50pm Tongatapu, Tonga (TBU) | Northwest Airlines / Air New Zealand / Polynesian Airlines | 2 Stops — Change planes in Los Angeles, CA (LAX) and Auckland, New Zealand (AKL). Travel Time: 30hrs 40min | Oneway Total $2930 |

Oneway Total

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

Melaia Latu Ostling,

      Petitioner,

v.                                                      Civ. NO.     3:01cv1900
                                                        HON.         Robert N. Charigny

LORI RICKS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government

      Respondent.
_____/

## PROOF OF SERVICE

Melaia L. Ostling, says that on the 27st day of December, 2004, she served a copy of the attached Motion to Stay of Deportation to Mr. John A. Danaher III, US Attorneys Office, 157 Church Street, New Haven, CT 06510 and to Lori Ricks – Warden, York Correctional Institute, 201 West Main Street, Niantic, CT 06357, by placing said documents in a properly addressed envelope, by depositing the same in the receptacle for the United States Mail. I also had a copy faxed to Gary Weinberger at 860-493-6269.

Respectfully submitted,

_____
Melaia Ostling