

January 10, 2005. Petitioner's request for a stay is hereby denied. The court does not have legal authority to stay petitioner's removal until her family is able to travel with her. So ordered.

Robert N. Chatigny, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 30  A 11: 04

Melaia Latu Ostling,

        Petitioner,

v.                                             Civ. NO.    3:01cv1900
                                               HON.        Robert N. Charigny

LORI RICKS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government,

        Respondent.
_____/

### MOTION TO REQUEST a STAY of DEPORTATION

NOW COME, Melaia L. Ostling before the court to request reconsideration regarding the lifting of my Stay of Deportation. The details within the motion support reasons granting the request for a continuance of a Stay of Deportation and are as follows:

### INS Agreement

During the last hearing in front of your bench in February of this year Mr. Filan, AUSA representing Mr. Danaher III, indicated that the INS would work with the Ostling family so they could travel together. To date neither my children nor Mr. Ostling have had any notification from the INS regarding my deportation.

FILED
2005 JAN 10