UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Melaia Latu Ostling,

        Petitioner,

v.    Civ. NO.    3:01cv1900
     HON.    Robert N. Chatigny

PAM RICHARDS, JOHN A. DANAHER III, and
IMMIGRATION AND NATURALIZATION
SERVICE, an agency of the United States
Government,

        Respondent.

_____/

### MOTION TO EXPEDITE

NOW COME, Melaia L. Ostling before the court to request reconsideration regarding the lifting of my Stay of Deportation. The details within the motion support reasons granting the request for a continuance of a Stay of Deportation and are as follows:

### INS Agreement

During the last hearing in front of your bench in February of this year Mr. Finn indicated that the INS would work with the Ostling family so they could travel together. To date neither my children nor Mr. Ostling have had any notification from the INS regarding my deportation.

*January 10, 2005. Denied as moot. So ordered.*
*Robert N. Chatigny, U.S.D.J.*