RECEIVED
Dec 2  1 04 PM '04

MELAIA Latu Ostling
                 Petitioner

November 2, 2004

v.

Civ. No 3:01cv1900

Pam Richard, and
Immigration and Naturalization
                Respondent

Hon. Robert N. Chingny

I Melaia Ostling before this court to request reconsideration regarding my deportation case and allowed these new findings and the short brief to support my current motion pending in your court. A motion to expedite filed Oct 2004.

I am challenging the lawfulness of my continue detention by the Department of Homeland Security Immigration and

---

January 10, 2005.  Melaia Latu Ostling v. Pam Richard, et al.
                   3:01CV1900 (RNC)

Treating this as a motion under Zadvydas v. Davis, 533 U.S. 678 (2001), for release from continued detention on the ground that petitioner's removal to Tonga is not reasonably foreseeable, the motion is denied. Petitioner's removal to Tonga is scheduled to take place tomorrow. So ordered.

Robert N. Chatigny, U.S.D.J.

---

I was informed, but I was told that I was going home, not to my children but deported.